

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00086-CV

_____

JOHNNY M. STAFFORD, Appellant

V.

GARY SHAVERS, ET AL., Appellees

On Appeal from the County Court at Law No. 2
Gregg County, Texas
Trial Court No. 2011-0742-CCL2

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Johnny M. Stafford, appellant, filed his notice of appeal August 11, 2011.

The contest to Stafford's affidavit of indigence was sustained by the trial court, and no appeal was taken from that ruling. Therefore, Stafford is responsible for payment of the clerk's record, reporter's record, and filing fee. *See* TEX. R. APP. P. app. C (B)(1); 20.1.

The clerk's record was due on September 9, 2011. There is no information to indicate Stafford has made efforts to have the clerk's record filed with this Court. Further, Stafford has not paid the filing fee. On October 12, 2011, we contacted Stafford by letter, giving him an opportunity to cure the various defects, and warning him that if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from Stafford. Pursuant to TEX. R. APP. P. 42.3(b), we dismiss this appeal for want of prosecution.


                                        Jack Carter
                                        Justice


Date Submitted:     November 14, 2011
Date Decided:       November 15, 2011

2